

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00702-CR

Jesse Gregory **NARVAIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0351
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 21, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice